In the Matter of ARNOLD A. HUTSCHNECKER, Appellant, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Submitted November 19, 1945; decided November 29, 1945.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 558.]